

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2015

No. 04-14-00824-CV

Robert **TYSON**, Carl and Kathy Taylor, Linda and Ron Tetrick, Jim and Nancy Wescott, and Paul and Ruthe Wilson,
Appellants

v.

Demar **BOREN** and Lorena Yates,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-13-0100356
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

The trial court clerk's notification of late clerk's record is NOTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court